UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RYAN BRANNON,

       Plaintiff,                      No.  1:14-cv-00361 KG/SCY

v.

MICHAEL GALVAN and
DERRICK REESE d/b/a
FANTASTIC VOYAGE EXPRESS,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion for Dismissal with Prejudice.  The Court, being advised that Plaintiff and Defendant Reese have compromised and resolved all issues in dispute among themselves, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for Dismissal with Prejudice be, and the same hereby is, granted, and all claims raised herein, as well as all claims that could have been raised herein, including those against Defendant Michael Galvan, are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

HINKLE LAW OFFICES, P.C.

By  *Approved via facsimile 3/18/15*
    Cloyd G. Hinkle
    Warren F. Hire, II
    Attorneys for Plaintiff
    3939 San Pedro, N.E., Bldg. A
    Albuquerque, NM  87110
    Telephone:  (505) 883-4357

**Attorneys for Plaintiff**


McCOY LEAVITT LASKEY LLC

By _____
    H. Brook Laskey
    Stephanie K. Demers
    1805 Rio Grande Blvd. NW, Suite 2
    Albuquerque, New Mexico 87104
    Telephone: 505.246.0455
    Facsimile:  505.246.0193

**Attorneys for Defendant Reese**